UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DELGADO JR.,<br><br>        Plaintiff,<br><br>v.<br><br>ALLBIRDS, INC., et al.,<br><br>        Defendants. | Case No.  23-cv-02372-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Araceli Martinez-Olguin for consideration of whether the case is related to *Shnayder v. Allbirds, Inc., et al.*, No. CV 23-cv-01811-AMO.

    **IT IS SO ORDERED.**

Dated: June 12, 2023

_____
VINCE CHHABRIA
United States District Judge